USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Luigi Abreu, individually, and on behalf of all others similarly situated,

                          Plaintiff,

-against-

Lights Lacquer, LLC,

                          Defendant.

1:22-cv-02099 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

       This case has been assigned to me for general pretrial management. (ECF No. 5.) The parties (or, if no defendant has appeared in the case, only the plaintiff) shall appear for a Telephone Conference on Thursday, May 5, 2022 at 10:30 a.m. to discuss the status of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.

DATED:    New York, New York
              April 28, 2022

                                              _____
                                              STEWART D. AARON
                                              United States Magistrate Judge