

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/9/2022

ekroub@mizrahikroub.com
www.mizrahikroub.com

June 8, 2022

<u>VIA ECF</u>

The Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *Abreu v. Lights Lacquer LLC,*   <u>Case No. 1:22-cv-2099 (PGG)(SDA)</u>

Dear Judge Aaron:

We represent plaintiff Luigi Abreu ("Plaintiff") in the above-referenced class action. We respectfully write to request the adjournment of the telephone conference currently scheduled for June 10, 2022. *See* Docket No. 9. This is Plaintiff's second request for an adjournment, the previous having been granted on May 4, 2022. Plaintiff requests this adjournment there are conflicts with other Court ordered conferences and mediations at that time. The parties are making very good progress towards resolution. This request is made on consent.

Respectfully submitted,
<u>/s/ *Edward Kroub*</u>
Edward Kroub, Esq.

Cc:   All Counsel of Record (via ECF)

ENDORSEMENT: Application GRANTED, The telephone conference scheduled for June 10, 2022 is adjourned *sine die*. No later than June 17, 2022, the parties shall file a joint letter setting forth three dates the parties are available for a conference in the next sixty days. SO ORDERED.
Dated: June 9, 2022